UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>  Plaintiff,<br><br>v.<br><br>ROBIN STRICKLIN, et al.,<br><br>  Defendants. | Case No. 24-cv-00717 BLF (PR)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; DIRECTING PLAINTIFF TO PAY FULL FILING FEE**<br><br>(Docket No. 3) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for leave to proceed *in forma pauperis*. Dkt. No. 3. The motion is DENIED because Plaintiff has not shown an adequate level of poverty: the last statement balance from his trust account is $1,012.41. *Id.* at 3. Plaintiff must pay the **$405.00** filing fee **within twenty-eight (28) days** from the date this order is filed or face dismissal of this action for failure to pay the filing fee.

This order terminates Docket No. 3.

**IT IS SO ORDERED.**

Dated: _February 9, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order Denying IFP
PRO-SE\BLF\CR.24\00717Khan_deny.ifp