UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br>　　　　Plaintiff,<br>　　v.<br>ROBIN STRICKLIN, et al.,<br>　　　　Defendants. | Case No. 24-cv-00717 BLF (PR)<br>**JUDGMENT** |

　　　The Court has dismissed the instant civil rights action for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

**Dated: __April 11, 2024_____**　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.24\00717Khan_judgment